United States Court of Appeals
 for the district of columbia circuit

No. 00-3033 September Term, 2000

 United States of America, Filed On: May 1, 2001
 Appellee
 
v.

Maurice Leo Stewart,
 Appellant
 

 Appeal from the United States District Court
 for the District of Columbia
 (No. 91cr00593-03)
 
 
 

 Before: Williams, Sentelle and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED, by the Court, sua sponte, that the Opinion for the Court filed by Circuit
Judge Sentelle on May 1, 2001, be, and hereby is, amended as follows:
 
 On page 9, in the ninth (9th ) line of the first full paragraph the word "not" should be
inserted between the words "does" and "mean." 

FOR THE COURT:
Mark J. Langer, Clerk